## BEACH ET AL. vs. OAKEY.

APPEAL FROM THE COMMERCIAL COURT OF NEW ORLEANS.

Where answers to interrogatories make out the plaintiffs' case, and are not disproved, he will have judgment.

This is an action on a promissory note of the defendant for the balance due after allowing a credit.

The defendant averred that after maturity of said note he had placed several promissory notes in plaintiffs' hands out of which to make the money, and in consequence thereof they agreed not to bring suit. He then propounded a string of interrogatories touching this matter, which plaintiffs promptly answered, showing that the notes deposited so far as collected had been credited, and that the balance the defendant promised to pay repeatedly but had failed.

There was judgment for the plaintiffs and the defendant appealed.

*Benjamin*, for plaintiffs, prayed the affirmance of the judgment with ten per cent. damages.

*F. B. Conrad*, contra.

*Martin, J.* delivered the opinion of the court.

The defendant is appellant from a judgment for the balance due on his promissory note. He did not deny his signature, but made an unsuccessful attempt, by propounding interrogatories to the plaintiffs, to establish a promise of the latter not to institute a suit on the note, on a certain consideration.

The plaintiffs, in their answer, negative the facts set forth in the interrogatories and relied on by the defendant to make out his case, and aver they have given all due credits on the notes. The defendant not having attempted to disprove the answer of the plaintiffs to the interrogatories propounded, judgment was correctly given against him for the balance due on the note.

It is therefore ordered, adjudged and decreed that the judgment of the Commercial Court be affirmed with costs and ten per cent. damages.